# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Charles Eric Stewart,

    Petitioner,

v.

William Gittere,

    Respondent.

Case No.: 2:21-cv-02088-APG-VCF

**Order Referring Petition to Court of Appeals**

[ECF No. 1]

Petitioner Charles Eric Stewart has filed a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. The petition is a second or successive petition, and I refer it to the court of appeals for a determination whether to authorize the filing of the petition.

On October 19, 2006, the state district court convicted Stewart of one count of second-degree murder with the use of a deadly weapon. Stewart filed a habeas corpus petition under 28 U.S.C. § 2254 in this court.[1] That petition contained three grounds. The court determined that ground 3, containing multiple claims of ineffective assistance of counsel, was unexhausted.[2] The court denied Stewart's motion to stay the action while he exhausted the ground in the state courts.[3] The court then dismissed ground 3 upon Stewart's motion.[4] The court then denied the remaining two grounds for relief on their merits.[5] Both this court and the Ninth Circuit denied Stewart a certificate of appealability.[6]

---

[1] *Stewart v. Neven*, Case No. 2:09-cv-01063-PMP-GWF.

[2] *Stewart v. Neven*, ECF No. 29. *See also* 28 U.S.C. § 2254(b).

[3] *Stewart v. Neven*, ECF No. 32.

[4] *Stewart v. Neven*, ECF No. 35.

[5] *Stewart v. Neven*, ECF No. 37.

[6] *Stewart v. Neven*, ECF No. 37, 41.

1    Stewart now has filed the current petition.  Because the court has denied the earlier

2 petition on its merits, the current petition is a second or successive petition.[7]  Stewart thus needs

3 authorization from the Ninth Circuit to file a second or successive petition.[8]  The Ninth Circuit

4 has not transferred the action to this court with authorization, Stewart has not attached

5 authorization to his petition, and my search of the Ninth Circuit's on-line docket has not found

6 any application for authorization.  I will refer Stewart's petition to the Ninth Circuit for a

7 determination whether to authorize the filing of a second or successive petition.[9]

8    IT THEREFORE IS ORDERED that the Clerk of the Court refer this action to the United

9 States Court of Appeals for the Ninth Circuit under Circuit Rule 22-3(a), for a determination

10 whether to authorize the filing of a second or successive petition.

11    IT FURTHER IS ORDERED that Clerk of the Court administratively close this action.

12    DATED: November 23, 2021

13

14                                          _____
                                            ANDREW P. GORDON
15                                          UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22  _____
[7] 28 U.S.C. § 2244(b).

23 [8] 28 U.S.C. § 2244(b)(3).

    [9] *See* Circuit Rule 22-3(a).